Watson *v.* Magill.    *85 N. J. Eq.*

MAGGIE WATSON et al., respondents,

*v.*

DAVID MAGILL, appellant.

[Submitted July 6th, 1915.   Decided March 6th, 1916.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Leaming.

*Messrs. Bergen & Richman,* for the respondents.

*Mr. Lewis Starr,* for the appellant.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Leaming.

*For affirmance*—SWAYZE, TRENCHARD, BERGEN, KALISCH, BLACK, WHITE, TERHUNE, WILLIAMS—8.

*For reversal*—THE CHIEF-JUSTICE, GARRISON, PARKER, MINTURN, VREDENBURGH, HEPPENHEIMER, TAYLOR—7.